UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 14CR1716-DMS |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER AND JUDGMENT |
| JORGE HERNANDEZ-HERNANDEZ, | ) ) | |
| Defendant. | ) ) ) | |

Upon the motion of the United States Attorney, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the Information in the above-captioned case be dismissed without prejudice as to defendant JORGE HERNANDEZ-HERNANDEZ.

DATED: 11-20-14

HONORABLE DANA M. SABRAW
UNITED STATES DISTRICT JUDGE